IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-mc-00179-WYD

Request for International Judicial Assistance
From The District Court Poznań - Stare Miasto in Poznań, Twelfth Civil Division
In the Matter of *Miasto Pozna*ń *v. Skarb Panstwa, et al.*, Case No. XII Ns 542/11

## ORDER

WHEREAS, the United States of America, through counsel, is seeking to obtain evidence in the form of responses to certain questions from Mr. Christopher John Zietkiewicz, for use in connection with a petition filed by the City of Poznan in the above-cited action Polish court,

NOW, THEREFORE, good cause being shown, it is

ORDERED under 28 U.S.C. § 1782(a) and Fed. R. Civ. P. 30, 31, and 33, that Assistant United States Attorney Juan G. Villasenor be and hereby is appointed as Commissioner to (1) take such steps as are necessary to obtain the evidence from Mr. Christopher John Zietkiewicz; (2) submit the evidence to The District Court Poznań - Stare Miasto in Poznań, Twelfth Civil Division, Poland; and (3) do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the Commissioner shall serve Mr. Christopher John Zietkiewicz with a copy of this Order and the Application.

Dated: October 20, 2015

                                              BY THE COURT:

                                              */s/ Wiley Y. Daniel*
                                              WILEY Y. DANIEL,
                                              SENIOR UNITED STATES DISTRICT JUDGE