IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-mc-00179-WYD

Request for International Judicial Assistance
From The District Court Poznañ - Stare Miasto in Poznañ, Twelfth Civil Division
In the Matter of *Miasto Poznañ v. Skarb Panstwa, et al.*, Case No. XII Ns 542/11

### ORDER GRANTING JOINT MOTION FOR A PROTECTIVE ORDER

This matter is before the Court on the joint motion for a protective order filed by Commissioner, Assistant United States Attorney Juan G. Villaseñor, and Mr. Christopher John Zietkiewicz. (ECF No. 4).   Good cause being shown, the joint motion is **GRANTED**.

IT IS THEREFORE ORDERED that Mr. Christopher John Zietkiewicz shall appear for his deposition on **February 22, 2016, at 10:00 a.m.** at the U.S. Attorney's Office, 1225 17th Street, Ste. 700, Denver, Colorado.

Dated:   January 7, 2016

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE